UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR BURKE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SPICE DELIGHT, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No.: 8:20-CV-00824-MCS-RAO**<br><br>**Hon. Mark C. Scarsi**<br><br>**ORDER CONTINUING MEDIATION COMPLETION DATE FROM SEPTEMBER 30, 2020 TO OCTOBER 31, 2020**<br><br>**Complaint Filed: April 28, 2020**<br>**Trial Date: None** |

Upon consideration of the Parties' Joint Stipulation to Continue Mediation Completion Date from September 30, 2020 to October 31, 2020, and good cause appearing therefore,

IT IS HEREBY ORDERED that the mediation date be continued from September 30, 2020 to October 31, 2020.

Dated: September 29, 2020

*/s/ Mark C. Scarsi*

HON. MARK C. SCARSI
United States District Court Judge

ORDER CONTINUING MEDIATION COMPLETION DATE